**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HUGO RICARDO CARDONA LOPEZ** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-6344** |
| | : | |
| **JAMISON, *et al.*** | : | |

# ORDER

**AND NOW**, this 31st day of August 2026, upon considering the respondents' certification of compliance (DI 5) of our August 28, 2026 order (DI 4), it is **ORDERED** the Clerk of Court shall **close** this case.

**MURPHY, J.**